UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| BIRGITT MORRIS, | ) | No.  ED CV 08-71-PLA |
|             Plaintiff, | ) ) | **JUDGMENT** |
|             v. | ) ) | |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION, | ) ) ) ) | |
|             Defendant. | ) ) | |

In accordance with the Memorandum Opinion filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed consistent with the Memorandum Opinion.

DATED: May 12, 2009

                                                          PAUL L. ABRAMS
                                       UNITED STATES MAGISTRATE JUDGE